**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Elisabeth Evensen **Civil Action No. 01-CV-2295 JRT/FLN**

Plaintiff,

vs.

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT**

HealthSpan Services Company d/b/a Reliance Recoveries; Ms. Urbanski, individually; and Ms. Moe, individually,

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**THE CONSUMER JUSTICE CENTER, P.A.**

Dated: 2|21|02

By________________________
Thomas J. Lyons, Jr. (#249646)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-770-9707

MAR 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 01 2002
DEPUTY CLERK

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 1/30/02

By ______________________

Michael A. Klutho (License #186302)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: March 1, 2002

______________________

The Honorable John R. Tunheim
Judge of United States District Court